**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Orlando Division**

JOHN O'DELL,

     Petitioner,

v.                             Case No. 6:26-cv-406-ACC

PJ CHEESE, INC.,

     Respondent.

_____/

**PJ CHEESE'S REQUEST FOR ORAL ARGUMENT AS TO ITS MOTION TO VACATE, MODIFY, OR CORRECT FINAL ARBITRATION AWARD**

Counter-Petitioner, PJ Cheese, Inc. ("PJ Cheese"), respectfully requests that this Court schedule oral argument on its Motion to Vacate, Modify, or Correct the Final Arbitration Award and, as grounds, states as follows:

Oral argument in this matter is appropriate because the Motion seeks dispositive relief, involves the enforcement of important consensual contractual limitations on an arbitrator's authority under the Federal Arbitration Act, raises the requirement that arbitrators identify and apply applicable law rather than apply their own brand of justice, in accordance with longstanding United States Supreme Court precedent, and involves a novel area of law regarding the impropriety of applying Mass Arbitration Supplementary Rules in an arbitration where there is no affirmative contractual basis for application of said rules in the parties' arbitration agreement.

1

For these reasons, PJ Cheese respectfully requests oral argument be scheduled in this matter and further suggests that one hour is an appropriate amount of time to be heard.

Dated:  May 18, 2026

Respectfully submitted,

/s/ Robert Clayton Roesch
Robert Clayton Roesch
Florida Bar No. 13931
SHUFFIELD, LOWMAN & WILSON, P.A.
1000 Legion Place, Suite 1700
Orlando, FL 32801
Telephone:  (407) 581-9800
Fax:  (407) 581-9801
croesch@shuffieldlowman.com
Attorneys for Defendant
PJ Cheese, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via ECF to all counsel of record in this action.

/s/ Robert Clayton Roesch
Robert Clayton Roesch
Florida Bar No. 13931
SHUFFIELD, LOWMAN & WILSON, P.A.
1000 Legion Place, Suite 1700
Orlando, FL 32801
Telephone:  (407) 581-9800
Fax:  (407) 581-9801
croesch@shuffieldlowman.com
Attorneys for Defendant
PJ Cheese, Inc.

2