**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Orlando Division**

JOHN O'DELL,

     Petitioner,

v.                                   Case No. 6:26-cv-406-ACC-RMN

PJ CHEESE, INC.,

     Respondent.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Joy Bonin v. PJ Cheese, Inc.*, 0:26-cv-60751 (S.D. Fla.).

*Jonice Sapp v. PJ Cheese, Inc.*, 1:26-cv-22395 (S.D. Fla.).

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each new party no later than fourteen days after appearance of the party.

Dated:  May 29, 2026

                         Respectfully submitted,

                         */s/ Robert Clayton Roesch*
                         Robert Clayton Roesch
                         Florida Bar No. 13931
                         SHUFFIELD, LOWMAN & WILSON, P.A.

1

1000 Legion Place, Suite 1700
Orlando, FL 32801
Telephone:  (407) 581-9800
Fax:  (407) 581-9801
croesch@shuffieldlowman.com
Attorneys for Defendant
PJ Cheese, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

served via ECF to all counsel of record in this action.

*/s/ Robert Clayton Roesch*
Robert Clayton Roesch
Florida Bar No. 13931
SHUFFIELD, LOWMAN & WILSON, P.A.
1000 Legion Place, Suite 1700
Orlando, FL 32801
Telephone:  (407) 581-9800
Fax:  (407) 581-9801
croesch@shuffieldlowman.com
Attorneys for Defendant
PJ Cheese, Inc.

2