# EXHIBIT 36



Northeast Case Management Center
Heather Santo
Vice President
1301 Atwood Avenue
Johnston, RI 02919
Telephone: (866)293-4053
Fax: (866)644-0234

October 2, 2024

Mark A. Potashnick, Esq.
Weinhaus & Potashnick
11500 Olive Boulevard, Suite 133
Saint Louis, MO 63141
Via Email to: markp@wp-attorneys.com

William K. Hancock, Esq.
Hancock Law, LLC
300 Office Park Drive, Suite 175
Birmingham, AL 35223
Via Email to: Will@wkhancocklaw.com

Case Number: 01-24-0006-4854

Individual Claimants
-vs-
PJ Cheese, Inc.

Dear Parties:

Attached is a list for your selection of the Process Arbitrator, and corresponding resumes. Please see the attached list for further instruction on this process. This list is due on October 17, 2024.

- We also ask that the attached Checklist for Conflicts be returned to the AAA by October 17, 2024. Further instructions are also located on the enclosed sheet.

- Provided that the AAA has email addresses for all parties, the AAA will continue to communicate with the parties via email for all AAA communications, unless notified otherwise.

If you have any questions or need clarification on any of the enclosed documents, please feel free to call or email me at any time.

Sincerely,


Tacy Zysk
Assistant Vice President of ADR Operations
Direct Dial: (401)431-4711
Email: TacyZysk@adr.org
Fax: (866)644-0234


Enclosure

cc: Panning Cui
Jeremiah Frei-Pearson, Esq.

**AMERICAN ARBITRATION ASSOCIATION**
**CHECKLIST FOR CONFLICTS**

In the Matter of the Arbitration between:

Case Number: 01-24-0006-4854

Individual Claimants
-vs-
PJ Cheese, Inc.

DATE LIST DUE: October 17, 2024

The AAA must advise each neutral, upon appointment, complete names of all entities and persons involved in this matter. You should be aware that arbitrators will need to divulge any relevant information in order to make appropriate and necessary disclosures in accordance with the applicable arbitration rules. In order to do so we ask that you complete this attached list including the following:

Witnesses
Consultants
Attorneys
Subsidiaries
Any other related entities or persons

This form will only be used as a list for conflicts, not a preliminary or final witness list. Please note that the AAA will not divulge this information to the opposing party and the parties are not required to exchange this list.

For your convenience, this form may be completed online through AAA's WebFile. If you do not have a WebFile account, please contact your case manager. You may then complete the Conflicts Checklist as part of this case's online record.

FULL NAME                    AFFILIATION                    ADDRESS

DATED: _____ PARTY: _____
                                        Please Print

**AMERICAN ARBITRATION ASSOCIATION**
**LIST FOR SELECTION OF ARBITRATOR**

In the Matter of the Arbitration between:

Case Number: 01-24-0006-4854

Individual Claimants
-vs-
PJ Cheese, Inc.

CASE MANAGER: Tacy  Zysk
DATE LIST SUBMITTED: October 2, 2024

DATE LIST DUE: October 17, 2024

******************************************************************************************

In accordance with our previous administrative discussions, we are providing you a list of arbitrators who are members of our Employment Dispute Resolution Roster. Along with this list are the attached Biographical Information Sheets on each arbitrator listed for your consideration.  Please review and independently submit the attached list to AAA by October 17, 2024. In accordance with the parties' agreement to customize this selection process, please:

-Strike up to, but no more than **four (4)** names to which you have an objection;
-Number the remaining names in order of preference;
-Return list to AAA upon completion.

Should you not return your list by the above date, all names will be deemed equally acceptable.

For your convenience, this form may be completed online through AAA's WebFile at www.adr.org.

Hon. Carol E. Heckman (Ret.)

William H. Lemons, Esq.

Hon. Marie E. Lihotz

Hon. Bruce E. Meyerson

Hon. Ned M. Rosenberg (Ret.)

Hon. Joel Schneider (Ret.)

Yaroslav Sochynsky, Esq.

Janice L. Sperow, Esq.

A. Martin Wickliff, Jr., Esq.

******************************************************************************************

Arbitrators are compensated at the rate stated on their biographical data. The compensation is an independent obligation of the parties and it is understood that the American Arbitration Association has no liability, direct or indirect, for such payments. Deposits shall be made promptly with the AAA as required by the case manager, pursuant to the Rules, subject to final appointment by the arbitrator in the award. If you have any questions please call or email me.

Party: _____

By: _____

Title: _____

**ARBITRATION INFORMATION SHEET**

This document provides information about your upcoming arbitration and the expectations concerning each party's conduct throughout the process. Please save this information sheet so that you may refer to it throughout the arbitration.

**Administrative Conference**

The AAA may conduct an Administrative Conference with the parties to discuss issues that will assist the AAA in administering the case as efficiently as possible. This is also a good time for the parties to discuss ways to conduct the arbitration to meet their specific needs. Please be prepared to discuss the following:

- estimates on the expected duration of the case;
- method of appointment of arbitrators, if applicable;
- your views on the qualifications of the arbitrators to be proposed;
- the possibility of submitting this dispute to mediation;
- the handling of extension requests;
- means of communication between the AAA and the parties;
- AAA-ICDR® Best Practices Guide for Maintaining Cybersecurity and Privacy and AAA-ICDR Cybersecurity Checklist

**Exchange of Correspondence and Documents**

It is also important to note that the parties must exchange copies of all correspondence during the course of the arbitration. The two exceptions are the Checklist for Conflicts mentioned above and the party's arbitrator ranking list, which you will receive further information on during the course of the arbitrator appointment process. The parties only need to send copies of documents, such as discovery, to the AAA if the document is to be transmitted to the arbitrator for a determination.

**Communications with Arbitrator**

It is very important that parties do not engage in any ex-parte communications with the arbitrator. So as to minimize the potential of such communications, this case will be administered by facilitating the exchange of appropriate written documents through the AAA. To ensure the proper handling of all case-related documents, the parties are asked not to submit correspondence directly to the arbitrator. Correspondence should be submitted to your case manager for transmittal to the arbitrator, copying the other party.

**Timeliness of Filings**

Please pay particular attention to response dates included on any correspondence I send you. Untimely filings or responses will not be considered by the AAA. Therefore, if you need an extension to any deadline, please contact the other party to reach an agreement. In the event you are unable to agree, the AAA or the arbitrator will determine if an extension will be granted.

**Locale of the Arbitration**

The parties may agree to a locale for the arbitration. This agreement can be made in the parties' agreement or contract, or when the arbitration is submitted to the AAA. The AAA will place the arbitration within the agreed upon locale.

If the parties' contract or agreement does not specify a locale and the parties cannot agree on a locale, the AAA's Rules empower the AAA to determine the locale, subject to the power of the arbitrator, after his or her appointment, to make a final determination. In these circumstances, the claimant will generally request that the hearing be held in a specific locale. If the respondent fails to file an objection to the locale requested by the claimant within 15 calendar days after the notice of the request has been sent to it by the AAA, the AAA will confirm the locale requested by the claimant is agreeable.

When a locale objection is filed, each party is requested to submit written statements regarding its reasons for preferring a specific locale. In preparing their written statements, the parties are asked by the administrator to address the following issues:

- Location of parties & attorneys.
- Location of witness and documents.
- Location of records.
- If construction, location of site, place or materials and the necessity of an on-site inspection.
- Consideration of relative difficulty in traveling and cost to the parties.
- Place of performance of contract.
- Place of previous court actions.
- Location of most appropriate panel.
- Any other reasonable arguments that might affect the locale determination.

**AAA WebFile**
We invite the parties to visit our website to learn more about how to file and manage your cases online. As part of our administrative service, AAA's WebFile allows parties to perform a variety of case related activities, including:

- File additional claims
- Complete the Checklist for Conflicts form
- View invoices and submit payment
- Share and manage documents
- Strike and rank listed neutrals
- Review case status or hearing dates and times
- Upload hearing exhibits in a dedicated space activated by the arbitrator

AAA WebFile provides flexibility because it allows you to work online as your schedule permits - day or night. Cases originally filed in the traditional offline manner can also be viewed and managed online. If the case does not show up when you log in, please contact your AAA case manager to request access.

**Refund Schedule**
For disputes proceeding under the Employment/Workplace Fee Schedule, the AAA administrative fees are nonrefundable.