# EXHIBIT 37

# WEINHAUS & POTASHNICK ATTORNEYS AT LAW

11500 Olive Blvd., Suite 133, St. Louis, Missouri 63141-7126
Phone 314.997.9150 • Fax 314.997.9170
www.fairwagelawyers.com

Sheldon Weinhaus
Deceased

Mark Potashnick
Licensed in MO & IL
markp@wp-attorneys.com

July 31, 2024

**VIA U.S. MAIL & EMAIL:**

PJ Cheese, Inc c/o William Hancock
Hancock Law, LLC
300 Office Park Drive, Suite 175
Mountain Brook, Alabama  35223

RE:    John O'Dell v. PJ Cheese, Inc.

Dear Will,

This law firm and Finkelstein, Blankinship, Frei-Pearson & Garber, LLP represent John O'Dell. Mr. O'Dell has been employed by PJ Cheese, Inc. as a delivery driver from approximately June 10, 2022 through the present at its Papa Johns store located at 1129 North Woodland Boulevard, Deland, Florida, 32720. I write pursuant to Fla. Stat. § 448.110(6)(a).  This letter constitutes Mr. O'Dell's second amended Florida pre-suit notice.

We intend to file an arbitration claim on behalf of Mr. O'Dell alleging violations of the Fair Labor Standards Act ("FLSA"), Fla. Const. Art. X § 24 and Fla. Stat. § 448.110, based on minimum wage violations resulting from unreimbursed vehicle costs.

The full Florida minimum wage rates to which Mr. O'Dell has been entitled are:

| Time Period | Minimum Hourly Wage Rate |
| --- | --- |
| June 10, 2022 – Sept. 29, 2022 | $10.00 |
| Sept. 30, 2022 – Sept. 29, 2023 | $11.00 |
| Sept. 30, 2023 – Present | $12.00 |

The estimated work dates for which damages are sought are June 10, 2022 through the present.

The total amount of unpaid wages due Mr. O'Dell under Florida law is equal to the unpaid Florida minimum wages resulting from PJ Cheese, Inc.'s practice of paying Mr. O'Dell's Florida's minimum wage while failing to reimburse him with a reasonable approximation of his vehicle costs incurred for PJ Cheese, Inc.'s benefit. We estimate Mr. O'Dell's actual damages under Florida law as $7,267.78 per the attached spreadsheet titled "Damage Calculations – Odell, John 7-31-24 Monday to Sunday Workweek."

**Mr. William Hancock**
**July 31, 2024**
**Page 2**

We expressly reserve the right to revise our damage calculations and demand based on later receipt of additional information from PJ Cheese, Inc.

Our results in similar arbitrations to reach a final decision on the merits are:

| Arbitration Claim | Damages Awarded To Claimant | Fees & Costs Awarded |
|---|---|---|
| *Palomo v. GMRG ACQ1, LLC* (2024) | $ 4,915.18 | Pending |
| *Ridenour v. Ohio Pizza Delivery Co.* (2023) | $ 5,663.79 | $ 95,193.40 |
| *Benoit v. PJ Louisiana, Inc.* (2022) | $22,352.86 | $ 91,997.43 |
| *Wallenberg v PJ Utah, LLC* (2022) | $14,597.58 | $101,878.96 |
| *Rice v. PJ Cheese, Inc.* (2022) | $20,399.68 | $159,768.84 |
| *Jones v. PJ Cheese, Inc.* (2022) | $42,192.08 (includes minimum wage and retaliation damages) | $157,562.50 |
| *Johnson v. Parts Authority, LLC* (2021) | $11,731.08 | $230,000.00 |
| *Pannell v. Parts Authority, LLC* (2021) | $72,853.28 | $176,969.16 |
| *Montierth v. Parts Authority, LLC* (2021) | $26,939.05 | $126,793.19 |
| *Omelet v. Parts Authority, LLC* (2021) | $23,661.09 | $191,146.25 |
| *Morse v. Parts Authority, LLC* (2021) | $ 5,722.92 | $174,114.83 |
| *Nelson v. PJ Cheese, Inc.* (2020) | $10,396.96 | $153,867.32 |
| *Ralph v. DOS Pizza, Inc.* (2020) | $17,619.18 | $285,726.30 |
| *Ashton v. PJ Louisiana, Inc.* (2019) | $13,894.10 | $121,865.31 |
| *Lucio v. Parts Authority, LLC* (2019) | $11,731.08 | $118,355.48 |
| *In the Matter of An Arbitration*, 2015 AAA Empl. LEXIS 221 (Finnegan Aug. 13, 2015) | $19,931.4 | $124,050.80 |
| *In the Matter of An Arbitration*, 2015 AAA Empl. LEXIS 237 (Finnegan Aug. 13, 2015) | $20,707.42 | $133,648.18 |

Accordingly, please pay $7,267.68 for Florida as reimbursements for vehicle costs within 15 days of receipt of this letter if you seek to avoid a Florida minimum wage claim. To do so, please send a $7,267.68 check to my office payable to "John O'Dell and his attorneys, Weinhaus & Potashnick." That payment will not resolve Mr. O'Dell's FLSA claim or any lien that may be asserted by his counsel.

Sincerely,

*/s/ Mark Potashnick*

Mark Potashnick

Encl. (only w/ emailed copy)
cc:    Jeremiah Frei-Pearson, Esq.
        Panning Cui, Esq.